Alina Mooradian, SBN 245470
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799
Attorneys for Defendant
LABORATORY CORPORATION OF AMERICA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| KAITLIN DOMINGUEZ, JASON DOMINGUEZ, AND DINAH VON DOMINGUEZ, a minor,<br><br>        Plaintiffs,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA; LABCORP and DOES 1 TO 10, inclusive,<br><br>        Defendants. | Case No. 5:16-CV-2527 R (SPx)<br><br>The Honorable Manuel L. Real<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER GOVERNING THE PRODUCTION OF CONFIDENTIAL, COMMERCIAL AND/OR PROPRIETARY DOCUMENTS**<br><br>DATE OF FILING: November 2, 2016<br>TRIAL DATE: December 12, 2017 |

The Court, having considered the Stipulated Protective Order Governing the Production of Confidential, Commercial and/or Proprietary Documents signed by all parties, hereby ORDERS that the provisions of the Protective Order will govern the discovery of confidential documents in this action. The Stipulation for Protective Order, which was filed on September 21, 2017 (Dckt. No. 13) is entered by this Court.

IT IS SO ORDERED, this 25th day of September, 2017.

_____
Hon. Manuel L. Real